KEVIN T. HAYDEN et al., Respondents, v. LOUIS NEWMARK et al., Appellants.—

In our opinion the complaint is insufficient. (*Amend* v. *Hurley*, 293 N. Y. 587; *Dambmann* v. *Schulting*, 75 N. Y. 55.) Plaintiffs may plead over, if so advised, within ten days from the date of the entry of the order hereon. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.